FILED

OCT 2 2 2020

AT_____O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5 :20-CR-317 (DNH) |
| | ) |
| **v.** | ) **Indictment** |
| | ) |
| **CARLO DI PADOVA,** | ) Violations:   18 U.S.C. § 876(c) |
| | )      [Mailing of a Threatening |
| | )      Communication] |
| | ) |
| | )      18 U.S.C. § 115(a)(1)(B) |
| | )      [Impeding, Intimidating, and |
| | )      Interfering by Threat] |
| | ) |
| | ) Two Counts |
| | ) |
| **Defendant.** | ) County of Offense:   Cayuga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Mailing a Threatening Communication]

On or about January 23, 2019, in Cayuga County, in the Northern District of New York, the defendant, **CARLO DI PADOVA,** knowingly deposited in an authorized depository for mail matter to be sent and delivered by the Postal Service, a communication addressed to an official who is covered by Title 18, United States Code, Section 1114, that contained a threat to injure the person of the addressee, for the purpose of issuing a threat and knowing that the communication would be perceived as a threat, in that the defendant, **CARLO DI PADOVA,** then an inmate incarcerated in the New York State Department of Corrections Auburn Correctional Facility, gave to a corrections officer a letter to be placed, and that was placed, in a depository for outgoing inmate mail to be sent and delivered by the United States Postal Service, in an envelope addressed to a United States Senator that enclosed white powder and a handwritten message stating: "Start

looking over your shoulder, because I'm going to have someone shoot you in the head. In the meantime, choke on this," in violation of Title 18, United States Code, Section 876(c).

## COUNT 2
### [Impeding, Intimidating, and Interfering With by Threat]

On or about January 23, 2019, in Cayuga County, in the Northern District of New York, the defendant, **CARLO DI PADOVA**, did threaten to assault and murder a United States Senator, with intent to impede, intimidate, and interfere with, and to retaliate against, the United States Senator while he was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

Dated:    October 22, 2020

A TRUE BILL,    Name redacted

███████████████

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By:    _____
Emily C. Powers
Assistant United States Attorney
Bar Roll No. 5139205